UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH W. FOLEY,

                Plaintiff,                  25-CV-1526 (VSB) (RWL)

      - against -

                                          **ORDER**
CAPITAL ONE, N.A.,

                Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial pretrial conference held via Microsoft Teams on April 15, 2025, supplemented herein, and for the reasons stated on the record:

1. Plaintiff shall file his Amended Complaint by **April 22, 2025**.

2. A schedule for a motion to dismiss will be set if and when Capital One files such motion.

3. Plaintiff may file a supplemental affidavit of service.

4. The Court explained that moving for summary judgment at this juncture is premature; that injunctive relief would not be warranted prior to judgment without, inter alia, imminent irreparable harm; and that either form of relief ultimately is for the District Judge to determine.

5. By **April 29, 2025**, Capital One shall produce to Plaintiff all agreements and other documentation (including electronic data) concerning the account at issue. By **April 29, 2025**, Plaintiff will produce to Capital One documents concerning damages.

6. The deadline for amending pleadings and adding parties is **May 22, 2025**, or 30 days after Defendant files motion to dismiss, whichever is later.

7. The discovery schedule is as follows:

1

| Event | Date |
|---|---|
| Serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | **April 29, 2025** |
| Serve Initial requests for documents, and initial interrogatories | **May 6, 2025** |
| Deadline to amend pleadings and add parties | **May 22, 2025,** or 30 days after Defendant files motion to dismiss, whichever is later |
| Deadline for serving requests to admit | **June 20, 2025** |
| Depositions completed | **July 15, 2025** |
| Fact discovery completed | **July 29, 2025** |
| Opening expert disclosures (if applicable) | **August 13, 2025** |
| Responding expert disclosures (if applicable) | **August 27, 2025** |
| Expert depositions and discovery completed (if applicable) | **September 17, 2025** |

8. The deadline for filing summary judgment motions, or the pretrial order (in the absence of summary judgment motions) is **30 days** after completion of all discovery.

9. The parties shall file a joint status report every **60 days**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 15, 2025
       New York, New York

2

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Joseph W. Foley
70 Irving Place
New York, NY 10003