UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH W. FOLEY,                           :
                                           :
                         Plaintiff,        :        25-CV-1526 (VSB) (RWL)
                                           :
            - against -                    :
                                           :        **ORDER**
CAPITAL ONE, N.A.,                         :
                                           :
                         Defendant.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Discovery materials and disclosures should not be filed on the record or sent to

the Court except as exhibits to motions or other applications to the Court.

                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated: April 29, 2025
      New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests
the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Joseph W. Foley
70 Irving Place
New York, NY 10003