UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH W. FOLEY,

                         Plaintiff,                   25-CV-1526 (VSB) (RWL)

     - against -

                                                    **ORDER**

CAPITAL ONE, N.A.,

                      Defendant.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On April 30, 2025, Plaintiff submitted by email a letter motion, which is being separately docketed on ECF. Defense counsel was cc'd on the email. Accordingly, pursuant to my individual rules, Defendant must file a responding letter no later than Monday May 5, 2025.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: May 1, 2025
       New York, New York

Copies transmitted this date to all parties.

1