```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH W. FOLEY,                                            :
                                                            :
                              Plaintiff,                    :     25-CV-1526 (VSB) (RWL)
                                                            :
              - against -                                   :
                                                            :     ORDER
CAPITAL ONE, N.A.,                                          :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiff's motion at Dkt. 87 to deem Plaintiff's Requests for Admission admitted or, in the alternative, compel Defendant to provide amended responses. The Court previously denied Plaintiff's motion to deem the requests admitted due to untimely response. (Dkt. 86.)

Plaintiff served nine requests for admission. (*See* Dkt. 88.) Plaintiff does not challenge the response to request No. 5, which Defendant admitted. Accordingly, no relief is warranted with respect to that request.

Defendant, without objection, unequivocally denied requests No. 7 and No. 8. Plaintiff challenges the response to No. 7 as not fairly responding to the substance of the request because the response does not include information about date of notice, method, sender, and substance of such notice. Defendant's denial without more is a proper response to the substance of the request; a party denying a request for admission in its entirety is not obligated to explain why or provide detail to support the denial. *Galgano v. County of Putnam*, No. 16-CV-3572, 2021 WL 3159844, at *1 (S.D.N.Y. June 30, 2021). Plaintiff challenges the response to No. 8 as "unsupported" and contends that any responsive documentation should be produced. Again, Plaintiff

1

misapprehends the parameters of requests to admit pursuant to Federal Rule of Civil Procedure 36. As with Defendant's response to No. 7, Plaintiff may disagree with Defendant's denial but cannot require Defendant to change its answer to an admission or to provide supporting documentation. However, Plaintiff will have the opportunity at summary judgment or trial to demonstrate that a denial was unsupported; and, if Plaintiff successfully does so, Plaintiff may make an application for recovery of costs to the extent warranted under Federal Rule of Civil Procedure 37(c)(2).

Plaintiff challenges Defendant's responses to requests Nos. 1-4, 6, and 9 as asserting improper objections. Notwithstanding those objections, however, Defendant unequivocally denied the requests. The Court agrees that some of Defendant's objections that the request assumes facts or calls for conclusions of law are dubious, but they are not sanctionable, and do not detract from Defendant's denials. Again, Plaintiff will have the opportunity to disprove Defendant's denials and, if successful and warranted, seek costs for having done so.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 87 and 91.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 10, 2025
      New York, New York

Copies transmitted this date to all counsel of record.

2