```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
 Joseph W. Foley,                              :      25-cv-1526  (VSB) (RWL)
                         Plaintiffs,           :
                                               :      DISCOVERY
            - against -                        :      CONFERENCE ORDER
                                               :
Capital One, N.A.,                             :
                                               :
                         Defendant.            :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      ORDER: Discovery Conference set for **September 30, 2025, at 3:30 p.m.** before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via Microsoft Teams. The public may dial in to the listen only line at (646)-453-4442, and enter access code 162 473 678#.  Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2025
      New York, New York

Copies transmitted this date to all parties of record.