UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Joseph W. Foley,                                          :     25-cv-1526  (VSB) (RWL)
            Plaintiffs,   :
                                                          :     **DISCOVERY**
   - against -                                          :     **CONFERENCE ORDER**
                                                          :
Capital One, N.A.,                                        :
                                                          :
            Defendant.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    ORDER: Discovery Conference rescheduled for **September 22, 2025, at 11:30 a.m.** before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via Microsoft Teams. The public may dial in to the listen only line at (646)-453-4442, and enter access code 162 473 678#.  Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2025
       New York, New York

Copies transmitted this date to all parties of record.

Case 1:25-cv-01526-VSB-RWL    Document 97    Filed 09/16/25    Page 2 of 2