```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH W. FOLEY,                                            :
                                                            :
                               Plaintiff,                   :    25-CV-1526 (VSB) (RWL)
                                                            :
         - against -                                        :
                                                            :    ORDER
CAPITAL ONE, N.A.,                                          :
                                                            :
                               Defendant.                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Microsoft Teams on September 22, 2025:

1. By Thursday September 25, 2025, Defendant Capital One shall provide to Plaintiff (a) identification (including name and position) of the individuals designated for topics 1 and 6 of Plaintiff's 30(b)(6) deposition notice, and (b) three dates for the depositions of each of Capital One's 30(b)(6) witnesses.

2. By Thursday September 25, 2025, Plaintiff will provide to Defendant Capital One three dates for Plaintiff's deposition.

3. All depositions will be conducted remotely.

4. Capital One's objections to Topic 1 of Plaintiff's 30(b)(6) list are overruled. Capital One's objections to Topic 6 are overruled in part – the objections are sustained with respect to affidavits that Capital One has not yet filed in this case.

5. Plaintiff's request for fees in Dkt. 89 is denied.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 89 and 95.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2025
       New York, New York

Copies transmitted this date to all counsel of record.