UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSEPH W. FOLEY,

                                Plaintiff,                25-CV-1526 (VSB) (RWL)

            - against -

                                                  **ORDER**

CAPITAL ONE, N.A.,

                            Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On October 17, 2025, Plaintiff filed a request for leave to move for summary judgment (Dkt. 101). Defendant did not respond, and Plaintiff filed a follow-up request on October 25, 2025 (Dkt. 102). Plaintiff's request for leave is granted as follows. Plaintiff may file a motion for summary judgment that addresses liability for any or all claims. Plaintiff's motion for summary judgment shall be filed by **November 26, 2025**; Defendant's opposition shall be filed within **30 days** of whenever Plaintiff files his motion; and any reply shall be filed within **14 days** of when Defendant files its opposition.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkts. 101, and 82 (which was resolved by the order at Dkt. 83).

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2025
       New York, New York

Copies transmitted this date to all counsel of record.