**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSEPH W. FOLEY,

                                 Plaintiff,

      v.                                                                    **CASE NO. 1:25-CV-01526-VSB-RWL**

CAPITAL ONE, N.A.,

                                 Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

The motion of Jon S. Hubbard, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Virginia, and that his contact information is as follows:

Jon S. Hubbard
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: 804-697-1200
Jon.Hubbard@troutman.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Capital One, N.A. in the above entitled actions;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 20, 2026

SO ORDERED:

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE